UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

U.S. COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.                                                     CASE NO.: 3:09cv484/MCR/EMT

DAVID A. OWEN,

    Defendant.
    _____/

**O R D E R**

    This action originated on plaintiff's complaint filed October 30, 2009. (Doc. 1). Defendant waived service and thereafter consented to entry of a temporary restraining order, preliminary injunction and other equitable relief. (*See* doc. 6). The court issued its Initial Scheduling Order on January 7, 2010 (doc. 8); however, the parties have not submitted their joint report as required. Plaintiff has now filed a Status Report (doc. 15) dated March 15, 2010, indicating the parties are negotiating a settlement and requesting this matter be held in abeyance pending defendant's sentencing in a criminal matter which stems from conduct alleged in this action. Upon consideration, the court will grant plaintiff's request.

    Accordingly, it is ORDERED all proceedings in this matter shall be STAYED for a period of thirty (30) days.

    **SO ORDERED** this 19th day of March, 2010.

                                               *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**