# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

U.S. COMMODITY FUTURES
TRADING COMMISSION,

v.   CASE NO.: 3:09cv484/MCR/EMT

DAVID A. OWEN
_____/

## O R D E R

      This action originated before this court on October 30, 2009, plaintiff's complaint brought against defendant for alleged violations under the Commodities Exchange Act. (Doc. 1). Plaintiff seeks to enjoin defendant from certain acts and to imposition of monetary penalties, restitution, and other such relief. A Consent Statutory Restraining Order, Order of Preliminary Injunction, and Other Equitable Relief was entered by the court on November 9, 2009. (Doc. 6). Thereafter, upon plaintiff's notice of settlement discussion and request for abeyance (doc 15), by order dated March 19, 2010, all proceedings in this case were stayed for a period of thirty days pending the scheduled sentencing of defendant in a criminal matter which stemmed from the same conduct charged in this civil action. Defendant's sentencing in the criminal matter was conducted as scheduled and the period of stay in this case has expired. Plaintiff shall now be required to file a supplemental report regarding the status of this case and its readiness to proceed. Said status report shall be filed on or before May 10, 2010.

      **SO ORDERED** this 3rd day of May, 2010.

                                                               *s/ M. Casey Rodgers*
                                                            **M. CASEY RODGERS**
                                                            **UNITED STATES DISTRICT JUDGE**